IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01541-LTB-MJW

JUAN CASIAS, and
ARLENE VIGIL-CASIAS,

Plaintiffs,

v.

MILLERCOORS, LLC,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby **ORDERED** that the Defendant's Motion for a More Definite Statement **(Docket No. 4)**, to which no opposition was received, is **granted**. This court finds that the Complaint (Docket No. 1-1) is unintelligible and so vague and ambiguous that the defendant cannot reasonably prepare a response. Accordingly, on or before August 19, 2010, the plaintiffs shall file, and serve a copy on defense counsel, a more definite statement describing the error they allege was made, who allegedly made the error, why such actions were improper, and how such actions caused injury. Plaintiffs' failure to comply with this order may very well result in a recommendation being made to Judge Babcock that this action be dismissed.

Date: August 3, 2010