**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-01541-LTB-MJW

JUAN CASIAS and
ARLENE VIGIL-CASIAS,

> Plaintiffs,

v.

MILLERCOORS, LLC,

> Defendant.

_____

**ORDER OF DISMISSAL**
_____


THIS MATTER having come before the Court on the Stipulated Dismissal With

Prejudice (Doc 13 - filed August 20, 2010), and the Court being fully advised in the

premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.


BY THE COURT:


  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:    August 23, 2010